UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>MIGUEL REYNA-RAMOS,<br><br>        Defendant. | Case No.   1:12-mj-00109 SKO<br><br>**ORDER OF DETENTION PENDING A BOND VIOLATION HEARING** |

A.  <u>Order for Revocation and Detention</u>

After conducting a preliminary hearing and detention hearing pursuant to Federal Rules of Criminal Procedure 32.1(a)(1) and 46(c) and 18 U.S.C. § 3143(a) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3143 pending transfer to the Western District of Washington.

B.  <u>Statement of Reasons for the Detention Pending a Bond Violation Hearing</u>

The Court orders the detention pending a bond violation hearing:

  _X_  (1)    There appears to be evidence the defendant has violated his conditions of release and that there is no condition or combination of conditions of release that will assure the defendant will not pose a danger to the community, if released.  Whether the allegations, of what appear to be unsworn statements, meet the standard of clear and convincing evidence of violation conduct required to revoke the defendant's bond pursuant to Title 18 USC 3148 will be deferred to the judicial officer in the Western District of Washington.

                 Based on the current allegations, there is no condition or combination of conditions which can be fashioned to assure the safety of the community, specifically a co-defendant, thus the defendant is detained pending a bond violation hearing to be held in the Western District of Washington.

  _X_  (2)    Other:  The defendant is to be transported to the Western District of Washington as soon as practicable.

IT IS SO ORDERED.

Dated:  **May 10, 2012**                            **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE